CLERK US DISTRICT COURT
~~NORTHERN DIST. OF TX~~

**CIVIL RIGHTS COMPLAINT PURSUANT TO 28 U.S.C. § 1331**
(**Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)).**

2014 JUN 30   AM 11: 05

**IN THE UNITED STATES DISTRICT COURT** DEPUTY CLERK
**FOR THE** *Northern* **DISTRICT OF** *Texas*

1 - 14 CV = 1 07 = 6

Lenroy McLean 61524 054

(Enter above the full name and prisoner
identification number of the plaintiff.)

-vs-

Warden Batts, Warden Guiterrez, Asst Warden
Williams, Capt. Bartlett, Lt Soles, Officer Hernandez, Melissa lloyd, Dr Beltran, Clinical
Director Jorge Presidia, counselor D. Molina
case manager Yarbar, Regional Director JA Keller

(Enter above the full name of the defendant(s).)

**I.    Previous Lawsuits**

A.    Have you filed any other lawsuits in federal court while incarcerated in any
institution?

Yes (X)      No ( )

B.    If your answer to A is yes, describe each lawsuit in the space below. (If there is more
than one lawsuit, describe the additional lawsuits on another piece of paper, providing
the same information as requested below.)

1.    Parties to this previous lawsuit:

Plaintiff(s):  Lenroy McLean pro se

Defendant(s):  Warden Grandolski, Sia Brown, Chaplin Puckett
Ortiz Attical, Amico

2.    Court (name the federal court and the district):  John Joseph
Moakley, Boston MA 02210 first circuit

3.    Docket Number:  12-cv-10099-GAO

I.      **Previous Lawsuits (Cont'd)**

      4.      Name of judge to whom case was assigned: *Honorable George A. O'Toole Jr.*

      5.      Did the previous case involve the same facts?

            Yes (  )     No (X)

      6.      Disposition (Was the case dismissed? Was it appealed? Is it still pending?):
_In the process of Appeal_

      7.      Approximate date of filing lawsuit: *Jan. 18th, 2012*

      8.      Approximate date of disposition: *Oct - Nov 2013*

II.     **Exhaustion of Administrative Remedies**
**Pursuant to 28 U.S.C. § 1997e(a), no prisoner civil rights action shall be brought in federal court until all available administrative remedies are exhausted. Exhaustion of administrative remedies is a precondition to suit, and the prisoner plaintiff must establish that he has exhausted the entire institutional grievance procedure in order to state a claim for relief.**

    A.      Place of Present Confinement: *Oakdale Dentention Center*

    B.      Is there a prisoner grievance procedure in this institution?

            Yes (X)     No (  )

    C.      Did you present the facts relating to your complaint to the Bureau of Prisons through its three-step administrative remedy procedure?

            Yes (X)     No (  )

    D.      If your answer is YES:
        1.      What were the results?
           a      Informal resolution and submission of a formal written Administrative Remedy Request (BP-9):
*726456-F1*
*Convoluted at each level*

           b.      Appeal to the Regional Director (BP-10): *726456-F2*
*Convoluted*

**II.** **Exhaustion of Administrative Remedies (Cont'd)**

    c.    Appeal to the General Counsel (BP-11):   726456-A1

                    Convoluted

    2.    If your answer is NO, explain why not:

**III.** **Parties**

(In item A below, place your name in the first blank and place your present address in the second blank.)

    A.    Name of Plaintiff: *Lenroy McLean*

        Address: *Oakdale Dentention Center*
        *P.O. Box 5000 Oakdale, LA 71463*

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank.) Do the same for each additional defendant, if any.)

    B.    Defendant(s): *Guiterrez, Batts, Williams, Bartlett, Soles, Hernandez,*
        *Lloyd, Beltran, Partida, Molina, Yarbar and J.A. Keller*
        Employed as *Warden (2), Assist warden (1), Regional director (1),*
        *medical staff (2), unit team member (2), Lieutenant (1), officer (1), FBOP*
        at *1900 Simler Ave, BG Spring TX 79720 And P.O. Box 5300*
        *Adelanto, CA 92301 and 344 Marine Force Drive Grand Prairie 75051*

**IV.** **Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

*See Memorandum of Law*
*In Support of Civil Action*

**IV.    Statement of Claim (Cont'd)**

See Memorandum of Law in
Support of Civil Action

**V.    Relief**
State briefly exactly what you want the Court to do for you.  **Make no legal arguments.**
**Cite no cases or statutes.**

See Memorandum
Of
Law

**V.    Relief (Cont'd)**

Rev. 12/97

*SEE MEMORANDUM OF LAW*

Signed this _18th_ day of _June_ , 20 _14_

_Lenny McL_
Signature of Plaintiff

**STATE OF** _Louisiana_
**COUNTY (CITY) OF** _Alexandria_

I declare under penalty of perjury that the foregoing is true and correct.

**EXECUTED ON** _18th of June 2014_
(Date)

_Lenny McL_
Signature of Plaintiff

Rev. 12.5.07

## CERTIFICATE OF SERVICE

I, _Lenroy McLean_ , HEREBY CERTIFY, that on this _25th_ day of _June, 2014_ , did mail, by first class mail, postage prepaid, a true and correct copies of the _Bivens with an memorandum of law in support_ to _Assistant United States Attorney via Eric Holder office_ , at _1100 Commerce St Suite 300 Dallas, TX 7524_ _and 950 Pennsylvania Ave NW Washington D.C._

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct. Pursuant to U.S.C. § 1746.

Date: _25th of June 2014_
       FDC, Oakdale, Louisiana

Respectfully submitted,

Reg. No: _61524054_
Federal Detention Ctr.
P.O. Box 5010, Unit ___
Oakdale, LA 71463-5010

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

In accordance with Houston v. Lack, 487 U.S. 266 (1988), documents are deemed filed and served as of the date herein.



Lendo Jean 61524059
Oakdale Detention Federal Center
P.O. Box 5010
Oakdale, LA 71463

Clerk of the Court
United States District Court
Northern District of Texas
P.O. Box 1218
Abilene, TX 79604

9114 9012 3080 1954 0996 14

USPS TRACKING #

UNITED STATES
POSTAL SERVICE®

Label 400  Jan. 2013
7690-16-000-7848

PRIORITY MAIL ★
★ TRACKED ★
★ INSURED ★

UNITED STATES
POSTAL SERVICE®

For Domestic Use Only

Label 107R, July 2013

RECEIVED
JUN 3 0 2014
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

U.S. POSTAGE
PAID
OAKDALE, LA
71463
JUN 26, '14
AMOUNT
$0.00
79604   0005911S-06

1006