1
2
3
4
5
6
7
8    **UNITED STATES DISTRICT COURT**

9    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   LENROY McLEAN,                    ) Case No. ED CV 15-275-RGK (SP)
                                        )
12                    Plaintiff,        )
                                        )
13        v.                            ) **ORDER ACCEPTING FINDINGS AND**
                                        ) **RECOMMENDATION OF UNITED**
14   R. PHILLIP GUTIERREZ, et al.,      ) **STATES MAGISTRATE JUDGE**
                                        )
15                    Defendants.       )
                                        )
16   _____       )

17

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, records

19   on file, and the Report and Recommendation of the United States Magistrate Judge.

20   Further, the Court has engaged in a de novo review of those portions of the Report to

21   which plaintiff and defendants have objected.  The Court accepts the findings and

22   recommendation of the Magistrate Judge.

23        IT IS THEREFORE ORDERED that: (1) defendants' Motion for Partial

24   Summary Judgment (docket no. 49) is granted, and Claims One(A), (B), and (C)

25   against defendant Gutierrez are therefore dismissed with prejudice; (2) defendants

26   Gutierrez and Hernandez are dismissed in their official capacity; (3) defendants'

27   Motion to Dismiss (docket no. 48) is granted in part to the extent of dismissing

28   Claims One(D) and (E) against defendant Gutierrez with prejudice, and thereby

dismissing defendant Gutierrez; and (4) defendants' Motion to Dismiss Claim Two against defendant Hernandez in his individual capacity is denied. Defendant Hernandez is ordered to answer the operative Third Amended Complaint within fourteen days of this Order.

DATED: January 10, 2018

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE