JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENROY McLEAN, | Case No. ED CV 15-275-RGK (SP) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| R. PHILLIP GUTIERREZ, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Third Amended Complaint and this action are dismissed with prejudice.

Dated: September 27, 2019

*/s/ Gary Klausner*
_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE