# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENROY McLEAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R. PHILLIP GUTIERREZ, et al.,<br><br>　　　　Defendants. | Case No. 5:15-cv-00275-RGK-SP<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, records on file, and the March 20, 2024 Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that defendant's motion for judgment on the pleadings (docket no. 171) is granted, and Judgment will be entered dismissing the Third Amended Complaint and this action with prejudice and without leave to amend.

Dated: 4/30/2024

　　　　　　　　　　　　　　　　　　　　　/s/ Gary Klausner
　　　　　　　　　　　　　　　　　　　　　HONORABLE R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE