# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENROY McLEAN,<br><br>    Plaintiff,<br><br>v.<br><br>R. PHILLIP GUTIERREZ, et al.,<br><br>    Defendants. | Case No. 5:15-cv-00275-RGK-SP<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Third Amended Complaint and this action are dismissed with prejudice.

Dated: 4/30/2024

*/s/ Gary Klausner*

HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE